In the Matter of ROMANYA J.-M. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MELISSA M., Ap-

pellant. [899 NYS2d 687]—Appeal from an order of the Family Court, Onondaga County (Martha E. Mulroy, J.), entered February 25, 2009 in a proceeding pursuant to Family Court Act article 10. The order, among other things, placed the subject child in the custody of petitioner.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Francis S. [Wendy H.]*, 67 AD3d 1442 [2009], *lv denied* 14 NY3d 702 [2010]). Present— Scudder, P.J., Centra, Carni, Sconiers and Pine, JJ.